UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| TERRELL MICKLES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:22-cv-00317-JPH-MJD |
| | ) | |
| JOSH ROMONOV, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DISMISSING ACTION AND ADMONISHING
PLAINTIFF FOR FRIVOLOUS FILINGS**

The Court has ordered Terrell Mickles to pay the filing fee on two occasions. Dkts. 5, 7. The extended deadline to do so has passed without action from Mr. Mickles. Accordingly, the action is ripe for dismissal.

Since 2016, Mr. Mickles has filed more than 40 civil lawsuits in no fewer than ten federal district courts. These include at least fourteen actions in this Court. At least 21 have been dismissed because Mr. Mickles did not pay the filing fee and is no longer eligible to proceed *in forma pauperis* due to his many frivolous filings, *see* 28 U.S.C. § 1915(g).[1]

---

[1] *Mickles v. Steele et al.*, 1:16-cv-00369-CG-B (S.D. Ala.); *Mickles v. United States of America*, 1:21-cv-00344-JB-N (S.D. Ala.); *Mickles v. United States of America*, 1:21-cv-00345-JB-N (S.D. Ala.); *Mickles v. United States of America et al.*, 1:21-cv-00463-JB-N (S.D. Ala.); *Mickles v. Bogota Columbia et al.*, 1:21-cv-00346-JB-N, (S.D. Ala.); *Mickles v. Democratic Republic Party of Africa et al.*, 1:21-cv-00464-JB-N, (S.D. Ala.); *Mickles v. Chase Credit Card et al.*, 1:21-cv-00479-JB-N (S.D. Ala.); *Mickles et al. v. Harris et al.*, 2:22-cv-00270-JPH-DLP (S.D. Ind.); *Mickles v. Poland et al.*, 2:22-cv-00278-JMS-MG (S.D. Ind.); *Mickles v. Shell Gasoline et al.*, 2:22-cv-00282-JPH-MG (S.D. Ind.); *Mickles v. Court of Baldwin Co Mobile AL et al.*, 2:22-cv-00288-JMS-DLP (S.D. Ind.); *Mickles v. Internal Revenue Department et al.*, 2:22-cv-00389-JRS-MJD (S.D. Ind.); *Mickles v. Adams Real Estate et al.*, 2:22-cv-00400-JPH-MJD (S.D. Ind.); *Mickles v. Social Countries*, 1:22-cv-03820-RMB-AMD (D.N.J.); *Mickles v. Levys-Transport System et al.*, 1:22-cv-05057-RMB-MJS (D.N.J.); *Mickles v. United Kingdom, London et al.*, 1:21-cv-10312-LTS (S.D.N.Y.); *Mickles v. Cardova/Galleria Mall Corp. et al.*, 1:22-cv-03659-LTS (S.D.N.Y.); *Mickles v. Powell et al.*, 1:22-cv-04781-LTS (S.D.N.Y.); *Mickles v. Gates et al.*, 1:22-cv-04890-LTS

A quick scan of the docket indicates that Mr. Mickles rarely files anything after his complaint. Once the Court issues an order to pay the filing fee, the case is all but closed.

Mr. Mickles' complaint in this action is facially frivolous. If Mr. Mickles intends to prosecute a lawsuit, it is impossible to tell whom he wishes to sue. At the bottom of the first page, he identifies Visa, Mastercard, and American Express as, presumably, defendants. In the middle of the page, however, he also includes an unintelligible list of names, locations, and e-mail addresses that may or may not be real. For example: "Roshell Knight, Kristal Kristen Sherrell @ (facebook.com-FL)." Dkt. 1. The remainder of the complaint alternates between copyright registration instructions, *id.* at 2, 4, 6; more unintelligible streams of handwriting, *id.* at 3, 5,[2] 7; and a letter ostensibly from the Internal Revenue Service, *id.* at 8.

Mr. Mickles is admonished that "[f]ederal courts have both the inherent power and constitutional obligation to protect their jurisdiction from conduct which impairs their ability to carry out Article III functions." *In re McDonald*, 489 U.S. 180, 184 (1989) (internal quotation omitted). The Court now reminds Plaintiff that the Court has the authority to restrict his ability to file actions and to assess fines against him for filing frivolous cases. The Court may elect to use this power if Plaintiff does not cease filing frivolous lawsuits.

This action is **dismissed** for failure to prosecute and comply with Court orders. The **clerk is directed** to enter **final judgment**.

---

(S.D.N.Y.); *Mickles v. Southern District of Alabama (Mobile, AL) et al.*, 1:21-cv-10318-LTS (S.D.N.Y.); *Mickels* [sic] *v. Levys-Transport System et al.*, 1:22-cv-00857-LY (W.D. Tex.).

[2] *E.g.*, "Trustee's and [CPA] of America (Germany)/Banks-Treasury Dept. Pursuant 42 USC 416(E)(1) Sect. 1231 . . . Visa-American Express-Africa [Euro-Yin-Paso] . . . ."

SO ORDERED.

Date: 11/7/2022

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

TERRELL MICKLES
11733-003
TERRE HAUTE – FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808